

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　vs.<br><br>ALEJANDRO NATIVITAS-ROSEL,<br><br>　　　　　　　　　Defendant. | CASE NO. 14-cr-00818-CAB<br><br>**JUDGMENT OF DISMISSAL** |

　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__　an indictment has been filed in case 14cr1444-CAB against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____　the Court has dismissed the case for unnecessary delay; or

____　the Court has granted the motion of the Government for dismissal, without prejudice; or

____　the Court has granted the motion of the defendant for a judgment of acquittal; or

____　a jury has been waived, and the Court has found the defendant not guilty; or

____　the jury has returned its verdict, finding the defendant not guilty;

__X__　of the offense(s) as charged in the Indictment/Information:

　　　8:1326(a)and(b) - Removed Alien Found in the United States (Felony)(1)

　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 5/29/14

　　　　　　　　　　　　　　　　　　　　　_Barbara L. Major_
　　　　　　　　　　　　　　　　　　　　　Barbara L. Major
　　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge